```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
KERRI TEUBERT,                                                 :
                                                               :
                            Plaintiff,                         :
                                                               :         22-cv-3993 (LJL)
            -v-                                                :
                                                               :            ORDER
AMERICAN EXPRESS, EXPERIAN INFORMATION                         :
SOLUTIONS, INC., EQUIFAX INFORMATION                           :
SERVICES, LLC, TRANSUNION, LLC,                                :
                                                               :
                            Defendants.                        :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court has received the proposed notices of voluntary dismissal as to Defendants TransUnion, LLC and American Express, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. Nos. 5–6. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendants TransUnion, LLC and American Express with prejudice and with each party to bear their own costs and fees.

      The Clerk of Court is respectfully directed to terminate Defendants TransUnion, LLC and American Express.

      SO ORDERED.

Dated: August 25, 2022  
       New York, New York  

                                                     LEWIS J. LIMAN  
                                                     United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 8/25/2022