```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                              :

KERRI TEUBERT,
                              :

          Plaintiff,           :

                              :          22-cv-3993 (LJL)

     -v-                   :

                              :            ORDER

AMERICAN EXPRESS, EXPERIAN INFORMATION  :
SOLUTIONS, INC., EQUIFAX INFORMATION    :
SERVICES, LLC, TRANSUNION, LLC,        :

                              :

         Defendants.          :

                              :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notices of voluntary dismissal as to Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. Nos. 9, 13.  Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendants TransUnion, LLC and American Express.  Because Defendants TransUnion, LLC and American Express are the last two remaining defendants, the Clerk of Court is respectfully directed to close the case.


      SO ORDERED.


Dated: October 21, 2022
      New York, New York               _____
                                          LEWIS J. LIMAN
                                 United States District Judge